

# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2017

No. 04-16-00085-CV

**WHATABURGER, INC.**, CA Development LLC, CA Real Estate LLC, Cinco Aguilas LLC, Tres Aguilas Enterprises LLC, Tres Aguilas Management LLC, Whataburger International LLC, Whataburger Real Estate LLC, Whataburger Restaurants LLC, et al.,
Appellants

v.

**WHATABURGER OF ALICE, LTD**.,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-01431
Honorable Gloria Saldana, Judge Presiding

# O R D E R

Appellee's motion for leave to file its surreply brief is GRANTED.

It is so ORDERED on January 24, 2017.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court